UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

TAYLOR N. LAVERGNE       *       CIVIL ACTION

VERSUS       *       NO.

HYUNDAI MOTOR COMPANY and       *
HYUNDAI MOTOR AMERICA
      *

\*     \*     \*     \*     \*     \*     \*

## **NOTICE OF REMOVAL**

TO:    Clerk of Court                     Craig R. Hill, Esq.
       14th Judicial District Court       J. Craig Jones, Esq.
       P.O. Box 1030                     JONES & HILL, L.L.C.
       Lake Charles, LA 70602         P.O. Box 1260
                                          Oberlin, LA 70655

       Hunter W. Lundy, Esq.
       Jackey W. South, Esq.
       T. Houston, Middleton, IV, Esq.
       LUNDY, LUNDY, SOILEAU & SOUTH, L.L.P.
       501 Broad Street
       P.O. Box 3010
       Lake Charles, LA 70602

       PLEASE TAKE NOTICE that defendants, Hyundai Motor America and Hyundai

Motor Company, hereby removes the above referenced Civil Action No. 2020-4324,

Division "G", from the 14th Judicial District Court, Parish of Calcasieu, State of

Louisiana, to this Court, and in support thereof states as follows:

I.

       This civil action was filed in the 14th Judicial District Court, Parish of Calcasieu

Rouge, State of Louisiana, on December 17, 2020 by Taylor N. Lavergne stemming

from an automobile accident which occurred on December 20, 2019.  **(See Exhibit "A,"** attached copy of Petition for Damages.)

II.

Process was served on Hyundai Motor America through its registered agent for service of process on January 19, 2021.

III.

Process was served on Hyundai Motor Company pursuant to the *Hague Convention*, on April 8, 2021.

IV.

Plaintiff filed the Proof of Service on Hyundai Motor Company on October 21, 2021.

V.

Plaintiff also named as a defendant, State Farm Mutual Insurance Company ("State Farm"), who is a foreign insurance company licensed in the State of Louisiana.

VI.

State Farm was served on January 15, 2021.

VII.

Plaintiff also named as a defendant, Sydney V. Seaford ("Seaford"), who is a citizen of the State of Louisiana.

VIII.

Seaford was served on January 12, 2021.

IX.

Per the Clerk of Court's office for the 14th Judicial District for the Parish of Calcasieu, State Farm and Seaford have not filed an Answer or an Extension of Time to Plead in Civil Action the pending state court action.

X.

On November 10, 2021, undersigned counsel's office e-mailed counsel for plaintiff regarding State Farm's and Seaford's filing an Answer or extension. (**See Exhibit "B"**).

XI.

On November 10, 2021, counsel for plaintiff responded to undersigned counsel's office advising that plaintiff had settled with State Farm and Seaford. (**See Exhibit "B"**).

XII.

State Farm and Seaford were voluntarily dismissed from the case on August 26, 2021. (**See Exhibit "C", Order of Dismissal**).   Accordingly, the parties to this litigation are now diverse.

XIII.

Since Defendants, Hyundai Motor America and Hyundai Motor Company, were not aware of State Farm's and Seaford's dismissal until November 10, 2021, which was the first notice that defendants had that State Farm and Seaford were no longer parties to this litigation.   Therefore, this case is removable because the parties are diverse and it is not more than one year since the state court proceedings were filed.   Thus, this removal is timely pursuant to 28 U.S.C. §1446(b)(3).

XIV.

Defendants aver that in good faith and based upon the information furnished by plaintiff, the amount in controversy exceeds $75,000.00.

XV.

At and since the time of the filing of this suit, plaintiff, Taylor N. Lavergne, was and now is a citizen of the State of Louisiana.   Defendant, Hyundai Motor America is incorporated in the State of California and has its principal place of business in the State of California.   Defendant, Hyundai Motor Corporation, is a South Korean corporation, with its principal place of business in South Korea.   Accordingly, plaintiff and defendants are diverse as is required by 28 U.S.C. §1332.

XVI

Defendants are entitled to remove this action to this Court pursuant to 28 U.S.C. §1332 and 1446.

XVII.

Pursuant to Rule 11 of the Federal Rules of Civil Procedure, undersigned counsel certifies that he has read the foregoing Notice of Removal, that to the best of his knowledge, information and belief formed after reasonable inquiry, it is well grounded in fact and is warranted by existing law or a good faith argument for the extension, modification or reversal of existing law, and that it is not interposed for any improper purpose, such as to harass or cause unnecessary delay or needless increase in the cost of litigation.

XVIII.

Hyundai Motor America and Hyundai Motor Corporation hereby request a trial by jury.

WHEREFORE, defendants, Hyundai Motor America and Hyundai Motor Corporation, pray that the action now pending in the 14th Judicial District Court for the Parish of Calcasieu, State of Louisiana, be removed to this Court.  Defendants are sending the appropriate notice to all parties and the state court pursuant to 28 U.S.C. §1446(d).

Respectfully submitted,


/s/ Robert W. Maxwell
ROBERT W. MAXWELL (17673)
BERNARD, CASSISA, ELLIOTT & DAVIS
130 Terra Bella Boulevard
Covington, Louisiana 70433
Telephone: 985/590-5019
Fax: 985/590-5840
ATTORNEY FOR HYUNDAI MOTOR
COMPANY and HYUNDIA MOTOR AMERICA


## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon:

Hunter W. Lundy, Esq.
Jackey W. South, Esq.
T. Houston, Middleton, IV, Esq.
LUNDY, LUNDY, SOILEAU & SOUTH, L.L.P.
501 Broad Street
P.O. Box 3010
Lake Charles, LA 70602
Telephone: 337-439-0707
Facsimile: 337-439-1029

And

Craig R. Hill, Esq.
J. Craig Jones, Esq.
JONES & HILL, L.L.C.
P.O. Box 1260
Oberlin, LA 70655
Telephone: 337-639-2127

**ATTORNEYS FOR PLAINTIFF,
TAYLOR N. LAVERGNE**

by telefax, E-mail and/or by placing same into the U.S. Mail postage prepaid this 9th

day of December, 2021.

/s/ *Robert W. Maxwell*
ROBERT W. MAXWELL