| | | |
|---|---|---|
| TAYLOR N LAVERGNE<br>VS.   2020-004324<br>HYUNDAI MOTOR COMPANY | Citation<br> | 14th Judicial District Court<br>State of Louisiana<br>Parish of Calcasieu |

THE STATE OF LOUISIANA

TO:   HYUNDAI   MOTOR   AMERICA CORPORATION
THROUGH THEIR AGENT FOR SERVICE OF PROCESS: NATIONAL REGISTERED AGENTS, INC.
3867 PLAZA TOWER DIRVE
Baton Rouge, LA  70816

Parish of East Baton Rouge, Louisiana, Defendant in said suit:

YOU ARE HEREBY CITED TO APPEAR before said Court, for said Parish, and to comply with the demand contained in the petition of TAYLOR N LAVERGNE, PETITION FOR DAMAGES against you, certified copy of which petition accompanies this citation, or file your answers thereto in writing in the office of the Clerk of Court, at the Courthouse, in the City of Lake Charles, in said Parish, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable Judges of said Court, at Lake Charles, Louisiana, this 17th day of December 2020.

Issued and delivered January 8, 2021

*Shelbie Hardy*

Shelbie Hardy

Deputy Clerk of Court

---

### SERVICE INFORMATION

Received on the _____ day of _____ 20___, and on the _____ day of _____ 20___, served the above named party as follows:

PERSONAL SERVICE on the party herein named _____

DOMICILIARY SERVICE on the party herein named by leaving the same at his domicile in the parish in the hands of _____, a person apparently over the age of seventeen years, living and residing in said domicile and whose name and other facts connected with this service, I learned by interrogating the said person, said party herein being absent from his residence at the time of said service.
RETURNED:
PARISH OF _____ this _____ day of _____ 20____

SERVICE   $_____      BY: _____
                                Deputy Sheriff
MILEAGE   $_____

TOTAL $_____

Party No.    P001



RECEIVED
2021
SHERIFF'S OFFICE
E.B.R.

Filing Date: 01/08/2021 03:31 PM
Case Number: 2020-004324
Document Name: 1600 Citation

Exhibit "A"



| | |
|---|---|
| TAYLOR N. LAVERGNE * | 14th JUDICIAL DISTRICT COURT |
| VS. NO. 2020-4324; DIV. G * | |
| * | PARISH OF CALCASIEU |
| HYUNDAI MOTOR COMPANY, * | |
| HYUNDAI MOTOR AMERICA * | |
| CORPORATION, STATE FARM * | STATE OF LOUISIANA |
| MUTUAL AUTOMOBILE * | |
| INSURANCE COMPANY, and * | |
| SYDNEY V. SEAFORD * | |
| FILED: DEC 1 7 2020 * | _Sarah Hollier_ |
| * | DEPUTY CLERK OF COURT |

**PETITION FOR DAMAGES**

Plaintiff, TAYLOR N. LAVERGNE, a person of the full age of majority domiciled in Allen Parish, respectfully represents and avers as follows:

1.

Made Defendants herein:

CALCASIEU CLERK-COST
DEC 17 2020 PM03:36:29

A. Defendant, HYUNDAI MOTOR COMPANY ("HYUNDAI KOREA"), a South Korean corporation authorized to do and doing business in the State of Louisiana, that may be served with process pursuant to the Hague Convention 20 U.S.T. 361 (February 10, 1969) and, pursuant thereto, service of process may be effected by serving a true and correct copy of the citation with a copy of the petition attached, to Hyundai Motor Company, 2 Heolleung-ro, Seocho-Gu, Seoul, South Korea, 06797;

B. Defendant, HYUNDAI MOTOR AMERICA CORPORATION ("HYUNDAI AMERICA"), a California corporation authorized to do and doing business in the State of Louisiana, that may be served through its agent for service of process, National Registered Agents, Inc., 3867 Plaza Tower Drive, Baton Rouge, Louisiana 70816;

C. Defendant, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY ("STATE FARM"), a foreign corporation authorized to do and doing business in the State of Louisiana, that may be served through its agent for service of process, Louisiana Secretary of State, 8585 Archives Avenue, Baton Rouge, Louisiana 70809; and

D. Defendant, SYDNEY V. SEAFORD, ("SEAFORD"), a person of the full age of majority, who is a resident of and domiciled in the State of Louisiana, who may be served at her place of residence at 2290 W. Dave Dugas Road, Sulphur, Louisiana 70665.

2.

On December 20, 2019, Plaintiff was the rear driver-side passenger in a 2016 Hyundai Accent traveling in the right lane southbound on US-165 near Mile Post 23 in Allen Parish,

Louisiana. Defendant SEAFORD was traveling behind the 2016 Hyundai Accent in the right lane southbound on US-165 driving a 2013 Jeep Wrangler.

3.

After passing through a routine checkpoint near Coushatta Casino, SEAFORD drove her 2013 Jeep Wrangler at a high rate of speed into the rear end of the 2016 Hyundai Accent in which Plaintiff was a passenger.

4.

Neither Plaintiff nor the driver of the 2016 Hyundai Accent in which she was a passenger had an opportunity to avoid the rear end collision with the 2013 Jeep Wrangler operated by SEAFORD.

5.

Upon impact with the 2013 Jeep Wrangler, the structural components of the 2016 Hyundai Accent in which Plaintiff was a passenger failed in allowing excessive occupant compartment intrusion into Plaintiff's survival space. As a result of this failure, Plaintiff was forced into the back of the driver's seat of the 2016 Hyundai Accent.

6.

Plaintiff sustained serious injuries, including but not limited to traumatic brain injury; post-concussion syndrome; facial trauma to her eye, nose, pallet, and lip, including Le Fort facial fractures that required facial reconstruction surgery; broken teeth; jaw misalignment; neck pain; and weakness in her legs.

7.

Since the impact, Plaintiff has suffered, and continues to suffer, residual effects of her injuries, including but not limited to memory loss, inability to concentrate, facial and oral pain and numbness, and difficulty chewing.

8.

At all relevant times, the driver of the 2016 Hyundai Accent in which Plaintiff was a passenger lawfully and prudently operated the vehicle in accordance with all applicable rules and regulations.

9.

The December 20, 2019 collision which is the subject of Plaintiff's Petition was in no way attributable to any negligence on the part of either Plaintiff or the driver of the 2016 Hyundai Accent. Furthermore, neither Plaintiff nor the driver of the 2016 Hyundai Accent had an opportunity to avoid the accident described herein.

10.

The December 20, 2019 collision was due to the negligence of SEAFORD, which includes, but is not limited to, the following particular acts and/or omissions:

a. driving while distracted;

b. failure to keep her vehicle under proper control;

c. failure to keep a proper lookout;

d. failure to see what she should have seen and to do what she should have done; and

e. failure to exercise due care and caution under the circumstances.

11.

SEAFORD'S negligence was a contributing legal cause of Plaintiff's injuries.

12.

At all times pertinent hereto, SEAFORD maintained an insurance policy (No. 3039033C241813) with STATE FARM covering the 2013 Jeep Wrangler.

13.

The rear end structural components of the 2016 Hyundai Accent should be designed to maintain the integrity of the occupant compartment (i.e., the survival space) in the event of a foreseeable rear end collision.

14.

The rear end structural components of the 2016 Hyundai Accent failed to maintain the integrity of Plaintiff's occupant compartment (i.e., her survival space) in this foreseeable rear end collision.

15.

The 2016 Hyundai Accent in which Plaintiff was a passenger was designed, manufactured, imported, and/or distributed by Defendant HYUNDAI KOREA and/or Defendant HYUNDAI AMERICA.

16.

The 2016 Hyundai Accent was unreasonably and dangerously defective in one or more of the following ways:

a. the vehicle was unreasonably and dangerously defective in construction or composition;

b. the vehicle was unreasonably and dangerously defective in design;

c. the vehicle was unreasonably and dangerously defective because an adequate warning about the vehicle was not provided;

d. the vehicle was unreasonably and dangerously defective because it did not conform to an express warranty of the manufacturer; and

e. the structural components of the vehicle were unreasonable and dangerously defective which allowed excessive compartment intrusion into the Plaintiff's survival space.

17.

At all times pertinent hereto, reasonable alternative designs and testing existed, and exist now, within the automotive industry and are within the knowledge and control of HYUNDAI KOREA and/or HYUNDAI AMERICA that would eliminate or greatly reduce the likelihood of occupant injuries in rear end crashes such as that involved in the collision which is the subject of Plaintiff's Petition.

18.

These alternative designs and testing are and were economically and technologically feasible at the time the 2016 Hyundai Accent was designed, manufactured, imported, and/or distributed.

19.

HYUNDAI KOREA and/or HYUNDAI AMERICA chose to disregard and ignore its obligation to hold the safety of the public paramount.

20.

HYUNDAI KOREA and/or HYUNDAI AMERICA knew the risks to occupants such as Plaintiff herein prior to the design, manufacture, import, distribution and/or marketing of the 2016 Hyundai Accent and nonetheless manufactured and placed into the stream of commerce the 2016 Hyundai Accent, which caused Plaintiff's damages.

21.

The negligence of HYUNDAI KOREA and HYUNDAI AMERICA each is a contributing legal cause of Plaintiff's injuries.

22.

As a result of Defendants' negligence, Plaintiff is entitled to recover damages from Defendants for suffering painful and serious injuries and damages, including but not limited to facial trauma to her eye, nose, pallet, and lip, including Le Fort facial fractures requiring facial reconstruction surgery; broken teeth; traumatic brain injury; post-concussion syndrome; jaw misalignment; neck pain; and weakness in her legs. Plaintiff continues to experience pain, discomfort, and adverse effects resulting from Defendants' negligence and for which Defendants are legally responsible, including but not limited to memory loss, inability to concentrate, facial and oral pain and numbness, and difficulty chewing.

23.

As a result of Defendants' negligence, Plaintiff is entitled to recover damages from Defendants for suffering, including but not limited to past, present, and future medical expenses, mental pain and anguish, past, present, and future pain and suffering, disability, lost wages, lost earning capacity, lost future earning capacity, lost enjoyment of life, and other damages as are reasonable in the premises.

24.

Plaintiff requests that this matter be set for trial by jury.

WHEREFORE, Plaintiff, TAYLOR N. LAVERGNE, prays that Defendants, HYUNDAI MOTOR COMPANY, HYUNDAI MOTOR AMERICA CORPORATION, STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, and SYDNEY V. SEAFORD, be duly served with a copy of the foregoing petition and cited to appear and answer the same, and after lapse of all legal delays and due proceedings are had, that there be judgment herein in favor of Plaintiff and against Defendants, jointly and for such damages as are reasonable in the premises, together with legal interest thereon from date of judicial demand until paid, for all costs of these proceedings, and for such additional relief as the law, equity, and nature of the case permit.

Respectfully submitted,

LUNDY, LUNDY, SOILEAU, & SOUTH LLP

BY: _____
HUNTER W. LUNDY (#8938)
JACKEY W. SOUTH (#21125)
T. HOUSTON MIDDLETON, IV (#33281)
501 Broad Street (70601)
Post Office Box 3010
Lake Charles, Louisiana 70602
Telephone: (337) 439-0707
Facsimile: (337) 439-1029

And

JONES & HILL, LLC
CRAIG RAY HILL (#23780)
J. CRAIG JONES (#17648)
Post Office Box 1260
Oberlin, Louisiana 70655
Telephone: (337) 639-2127

*Attorneys for Plaintiff,*
*Taylor N. Lavergne*

**PLEASE SERVE:**

**HYUNDAI MOTOR COMPANY**
*Through the Louisiana Long Arm Statute*
*and through Article 10 of the Hague Convention:*
Won Hee Lee, President and CEO
Hyundai Motor Company
2 Heolleung-ro, Seocho-Gu
Seoul, South Korea 06797

**HYUNDAI MOTOR AMERICA CORPORATION**
*Through its agent for service of process:*
National Registered Agents, Inc.
3867 Plaza Tower Drive
Baton Rouge, Louisiana 70816

**STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY**
*Through its agent for service of process:*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, Louisiana 70809

**SYDNEY V. SEAFORD**
2290 W. Dave Dugas Road
Sulphur, Louisiana 70665

**A TRUE COPY**
Lake Charles, Louisiana

*[signature]* Shellori Hardy
Deputy Clerk of Court       JAN - 8 2021
Calcasieu Parish, Louisiana

Page 7