# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

**TAYLOR N LAVERGNE**      **CASE NO.  2:21-CV-04236**

**VERSUS**      **JUDGE JAMES D. CAIN, JR.**

**HYUNDAI MOTOR CO ET AL**      **MAGISTRATE JUDGE LEBLANC**

## MINUTES OF COURT:
### Jury Trial

| | | | |
|---|---|---|---|
| Date: | 1/20/2026 | Presiding: Judge James D. Cain, Jr. | |
| Court Opened: | 9:06 am | Courtroom Deputy: | Patrice Jones |
| Court Adjourned: | 3:44 pm | Court Reporter: | D D Juranka |
| Statistical Time: | 5:38 | Courtroom: | CR4 |

## APPEARANCES

| | | |
|---|---|---|
| Troy Houston Middleton IV, Gary Lee Blanchard, Daniel A Kramar, (RET) | For | Taylor N Lavergne Plaintiff |
| Robert William Maxwell, Carl J Giffin Jr, Thomas E Bazemore, III, Jeffrey A Cohen (RET) | For | Hyundai Motor Co Defendant |

## PROCEEDINGS

**CASE CALLED:**
JURY TRIAL DAY 6

**PROCEEDINGS**:
Testimony and Evidence for plaintiff, concluded
Testimony and Evidence for defendant, concluded
Plaintiff Closing Argument
Defendant Closing Argument
Evidence closed
Rebuttal evidence closed
Jury Charged
Jury Deliberations began at 2:43 P.M.
Jury Verdict returned at 3:35 P.M.
Jury Verdict of in favor of the defendant

21-4236
Page 2
Minutes

**RULINGS/COMMENTS:**

Defendant Renewed Rule 50 Judgment as a Matter of Law based on the grounds previously asserted in writing and argued at the close of plaintiff's evidence.  COURT DENIES based on the same reasons previously stated.